## Louise Whiton v. Leander Kirke Whiton et al.

For grounds for affirming this case, see 76 Ill. App. 553.

**Bill to Enforce an Agreement.**—Trial in the Circuit Court of Cook County; the Hon. OLIVER H. HORTON, Judge, presiding. Hearing and decree dismissing the bill for want of equity. Error by complainants. Heard in this court at the March term, 1898. Affirmed. Opinion filed November 1, 1898.

JOHN S. COOPER, attorney for appellant.

JOHN M. GARTSIDE and PENCE & CARPENTER, attorneys for appellees.

PER CURIAM:

This cause was before this court upon appeal, was decided at the March term, 1898, and is reported in 76 Ill. App. 553. The decree now presented for review was entered in conformity with that decision. No other or different question is now presented by counsel, and there is therefore no occasion for again discussing the case. As presenting the grounds for affirming, we refer to the opinion filed in the former decision. Affirmed.